**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-16-0000739**
**10-MAY-2022**
**08:10 AM**
**Dkt. 134 OCOR**

NO.  CAAP-16-0000739

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, DEPARTMENT OF PUBLIC SAFETY,
Employer/Appellant-Appellee,  v.
RONALD N. NAUMU, Employee/Appellee-Appellant,
and MERIT APPEALS BOARD, Agency/Appellee-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 15-1-2432)

ORDER OF CORRECTION
(By:  Nakasone, J., for the court[1])

IT IS HEREBY ORDERED that the Judgment on Appeal entered on March 23, 2022 (docket no. 132) in the above case is hereby corrected as follows:

On page 1, in footnote 1, the text should be corrected, so that the footnote 1 reads:

Considered by Hiraoka, Presiding Judge, Nakasone and McCullen, JJ.

The clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED:  Honolulu, Hawaiʻi, May 10, 2022.

FOR THE COURT:

/s/ Karen T. Nakasone
Associate Judge

---

[1]     Considered by Hiraoka, Presiding Judge, Nakasone and McCullen, JJ.